(May 13, 2004)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISALYN C. NATER, Appellant. [775 NYS2d 917]—Appeal from a judgment of the County Court of Chemung County (Buckley, J.), rendered December 11, 2000, convicting defendant upon her plea of guilty of the crime of attempted criminal sale of a controlled substance in the third degree.

Defendant pleaded guilty to the crime of attempted criminal sale of a controlled substance in the third degree and was sentenced as a second felony offender in accordance with the plea agreement to a prison term of 3 to 6 years. Defense counsel now seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Our review of the record and defense counsel's brief leads to the same conclusion. The judgment is, accordingly, affirmed, and defense counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Mercure, J.P., Peters, Mugglin, Rose and Kane, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.